UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MELANIE DIXON,

      Plaintiff,

v.                                                Case No. 8:16-cv-170-T-24 MAP

BOARD OF TRUSTEES OF THE
CITY OF LAKELAND POLICE
OFFICERS' RETIREMENT SYSTEM,

      Defendant.
_____/

## **ORDER**

This cause comes before the Court on Plaintiff's Motion to Amend Complaint and to Remand. (Doc. No. 20). Defendant opposes the motion. (Doc. No. 22). As explained below, the motion is granted.

Plaintiff filed suit in state court seeking review of Defendant's decision to deny her disability retirement benefits. She also asserted federal claims, and as a result, Defendant removed the case to this Court. Thereafter, Plaintiff filed a motion for summary judgment, which sought summary judgment on Defendant's defenses of failure to state a claim as to several counts. Now, Plaintiff filed the instant motion to amend her complaint, remove the federal claims, and have the case remanded back to state court.

Defendant opposes the motion to the extent that it would like the Court to dismiss the federal claims and then remand the state law claims back to state court. However, Defendant never filed a motion to dismiss the federal claims; instead, it asserted failure to state a claim as a defense to the federal counts.

Upon consideration, the Court will allow the amendment and deem filed the proposed

second amended complaint attached at Doc. No. 20-1. Since the proposed second amended complaint removes the federal claims that provided this Court with federal question subject matter jurisdiction, the Court remands the case to state court.

Accordingly, it is ORDERED AND ADJUDGED that:

(1) Plaintiff's Motion to Amend Complaint and to Remand (Doc. No. 20) is **GRANTED**.

(2) Plaintiff's proposed second amended complaint attached at Doc. No. 20-1 is deemed filed.

(3) The Clerk is directed to terminate all pending motions, remand this case to state court, and then close this case.

**DONE AND ORDERED** at Tampa, Florida, this 25th day of October, 2016.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record